**U.S.A. vs. Christopher B. Mintz**                    **Docket No. 5:09-CR-194-1FL**

### Petition for Action on Term of Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christopher B. Mintz, who, upon an earlier plea of guilty to Fraud by an Investment Advisor, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on February 11, 2010, to the custody of the Bureau of Prisons for a term of 48 Months Imprisonment;. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 Months Supervised Release under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

5. The defendant shall pay a special assessment in the amount of $100.00 as directed.

6. The defendant shall pay restitution in the amount of $1,237,754.97 during the course of supervision as instructed by the U.S. probation officer.

Christopher B. Mintz was released from custody on October 12, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 2, 2014, the defendant was arrested and charged with Driving While Impaired in Raleigh, North Carolina. The defendant notified the probation officer immediately and stated he met a friend he had not seen in several years and agreed to have a drink with the friend. He explained he consumed alcohol to the point of intoxication and had a blood alcohol concentration (BAC) level of 0.14 at the time

of his arrest.  The defendant has already taken steps to enter a substance abuse treatment program, and he has also been place in the Surprise Urinalysis Program.  In an effort to allow the defendant to obtain the necessary substance abuse treatment while also imposing a punitive sanction for his criminal conduct, it is recommended the defendant perform 24 hours of community service as directed by the probation office, including a $200 fee, if referred for placement and monitoring by the State of North Carolina.  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall perform 24 hours of community service as directed by the probation office, and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: August 11, 2014

### ORDER OF THE COURT

Considered and ordered this ___12th___ day of ___August_____, 2014 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge